In the Matter of MICHAEL THOMPSON, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, et al., Respondents.

Submitted July 30, 2012; decided September 6, 2012

Motion for reconsideration of this Court's June 27, 2012 dismissal order denied [*see* 19 NY3d 941 (2012)].

In the Matter of EFSTATHIOS VALIOTIS et al., Appellants, v STATE OF NEW YORK et al., Respondents.

Submitted June 18, 2012; decided September 6, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

JOEL VIG, Appellant, v NEW YORK HAIRSPRAY CO., L.P., Respondent.

Submitted July 30, 2012; decided September 6, 2012

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 19 NY3d 807 (2012)].